No. 15,633.

McKEE, CONSERVATRIX v. TOLAN, EXECUTRIX.
(184 P. [2d] 872)

Decided September 15, 1947.

PER CURIAM.

Judgment affirmed in department without written opinion, MR. CHIEF JUSTICE BURKE, MR. JUSTICE ALTER and MR. JUSTICE HAYS, participating.

Messrs. LEE, DOUD & GRIFFITH, for plaintiff in error.

Mr. JAMES T. BURKE, for defendant in error.